IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ORDER ON MOTION #30

| | |
|---|---|
| LAKE GRINNELL ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY DEPARTMENT OF TRANSPORTATION; FEDERAL HIGHWAY ADMINISTRATION AND J. RICHARD CAPKA, in his official capacity; NEW JERSEY STATE HISTORIC PRESERVATION OFFICE; COUNTY OF SUSSEX; TOWNSHIP OF SPARTA;<br><br>Defendants. | DOCKET NO: 06-4919<br><br><br>ORDER |

THIS MATTER having been brought before the Court upon the application of Stuart J. Lieberman, Esq., attorney for Lake Grinnell Association, for an Order pursuant to Rule 15 of the Federal Rules of Civil Procedure granting Plaintiff's Motion for Leave To Appeal, and notice having been given to all parties; and the Court having considered the parties' submission; and for good cause shown;

IT IS, on this 18 day of May, 2007,

1. ORDERED that Plaintiffs' Motion for Leave to Appeal is hereby GRANTED;

2. IT IS FURTHER ORDERED that a copy of this Order shall be served upon all counsel within 3 days of its receipt.

Honorable Judge Claire C. Cecchi, U.S.D.J