IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAKE GRINNELL ASSOCIATION, | |
| Plaintiff, | DOCKET NO. 06-4919 |
| vs. | |
| TOWNSHIP OF SPARTA, NEW JERSEY DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, NEW JERSEY STATE HISTORIC PRESERVATION OFFICE, AND COUNTY OF SUSSEX, | SETTLEMENT CONSENT ORDER |
| Defendants. | |

This matter having been scheduled before the court as a settlement conference, Stuart J. Lieberman, Esq., appearing on behalf of the Plaintiff, Arlene R. Weiss, DAG, appearing on behalf of the New Jersey Department of Transportation, Robert B. Campbell, Esq., appearing on behalf of the County of Sussex, Ursula Henrich Leo, Esq., attorney for the Township of Sparta, and Daniel J. Gibbons, AUSA; and whereas, the NJDOT has entered on the record the fact that it will install scuppers (holes in the bridge for drainage) which will permit drainage onto the railroad tracks, consistent with the manner in which the drainage occurred when the prior bridge was in place, and will take such other steps needed to meet this objective if the scuppers do not suffice to permit drainage as it occurred prior to bridge replacement; and the parties having determined that it is in everyone's interest to resolve this case through amicable settlement, with each party voluntarily participating in the settlement without making any admissions; it is therefore agreed by the parties that this case is settled under the following terms:

1. A weight limit of four tons will be imposed over the Lake Grinnell Bridge and signs to the extent necessary to make this limit legally enforceable by the police will be installed by the Township of Sparta.

2. The Township of Sparta agrees to immediately take necessary steps toward having an ordinance adopted imposing a 15 mph speed limit on the bridge through the curves in the road and further, if deemed necessary by the municipal engineer. Signage to the extent necessary to make this speed limit legally binding and enforceable by the police department will be installed by the Township of Sparta.

3. The County of Sussex agrees that it will install a commemorative plaque on or immediately adjacent to the bridge with language that will be provided by the Plaintiff, subject to the County's reasonable approval.

4. The State agrees that it will provide the Plaintiff with a Haer-like report and a Cultural Research Digest as soon as these two reports are prepared by the contractor retained by the NJDOT.

5. The Judge has left this matter open for sixty (60) days should any problems arise. If the Judge does not hear from anyone within sixty (60) days, the case will be closed.

6. Each party bears its own attorneys fees and costs.

Date: 1/11/08    By: _____
                      Stuart J. Lieberman, Esq.
                      Attorney for Plaintiff, Lake Grinnell Association


Date: __/__/____  By: _____
                      Arlene R. Weiss, DAG
                      Attorney for Defendants, New Jersey Department of
                      Transportation and New Jersey State Historic
                      Preservation Office

1. A weight limit of four tons will be imposed over the Lake Grinnell Bridge and signs to the extent necessary to make this limit legally enforceable by the police will be installed by the Township of Sparta.

2. The Township of Sparta agrees to immediately take necessary steps toward having an ordinance adopted imposing a 15 mph speed limit on the bridge through the curves in the road and further, if deemed necessary by the municipal engineer. Signage to the extent necessary to make this speed limit legally binding and enforceable by the police department will be installed by the Township of Sparta.

3. The County of Sussex agrees that it will install a commemorative plaque on or immediately adjacent to the bridge with language that will be provided by the Plaintiff, subject to the County's reasonable approval.

4. The State agrees that it will provide the Plaintiff with a Haer-like report and a Cultural Research Digest as soon as these two reports are prepared by the contractor retained by the NJDOT.

5. The Judge has left this matter open for sixty (60) days should any problems arise. If the Judge does not hear from anyone within sixty (60) days, the case will be closed.

6. Each party bears its own attorneys fees and costs.

Date: __/__/_____        By: _____
                              Stuart J. Lieberman, Esq.
                              Attorney for Plaintiff, Lake Grinnell Association

Date: 1/07/08             By: _____
                              Arlene R. Weiss, DAG
                              Attorney for Defendants, New Jersey Department of
                              Transportation and New Jersey State Historic
                              Preservation Office

Date: 1/18/08      By: _____
                       Ursula Henrich Leo, Esq.
                       Attorney for Defendant, Township of Sparta


Date: __/__/____   By: _____
                       Robert B. Campbell, Esq.
                       Attorney for Defendant, County of Sussex


Date: __/__/____   By: _____
                       Daniel J. Gibbons, AUSA
                       Attorney for Defendant, Federal Highway
                       Administration


So Ordered:


_____                 Date: 1/28/08
Honorable Michael Shipp, U.S.M.J.

Date: __/__/_____          By:  _____
                                 Ursula Henrich Leo, Esq.
                                 Attorney for Defendant, Township of Sparta

Date: _1_/_19_/_2008_       By:  _____
                                 Robert B. Campbell, Esq.
                                 Attorney for Defendant, County of Sussex

Date: __/__/_____          By:  _____
                                 Daniel J. Gibbons, AUSA
                                 Attorney for Defendant, Federal Highway
                                 Administration

So Ordered:

_____              Date: _1/28/08_
Honorable Michael Shipp, U.S.M.J.

Date: __/__/____    By: _____
                        Ursula Henrich Leo, Esq.
                        Attorney for Defendant, Township of Sparta


Date: __/__/____    By: _____
                        Robert B. Campbell, Esq.
                        Attorney for Defendant, County of Sussex


Date: 1/15/08       By: _____
                        Daniel J. Gibbons, AUSA
                        Attorney for Defendant, Federal Highway
                        Administration


So Ordered:


_____              Date: 1/28/08
Honorable Michael Shipp, U.S.M.J.